# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   Anthony Cartrell Calvit, Debtor                    Case No. 24-01138-KMS
                                                            CHAPTER 13

## NOTICE

Debtor has filed papers with the court to Modify their Chapter 13 Bankruptcy Plan.
**Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

If you do not want the court to amend the Plan, or if you want the court to consider your views on the Motion, then on or before 30 days, you or your attorney must:

File with the court a written request for a hearing at:

U.S. Bankruptcy Clerk
U.S. Bankruptcy Court
Dan M. Russell, Jr., U.S. Courthouse
2012 15th Street, Suite 244
Gulfport, MS 39501

If you mail your request to the court for filing, you must mail it early enough so the court will **receive** it on or before the date state above.

You must also mail a copy to the debtors' attorney:

The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
(601) 500-5533

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief, which shall sustain this Motion to Modify Plan.

Date: April 22, 2025         Signature:   /s/ Thomas C. Rollins, Jr.
                                          Thomas C. Rollins, Jr. (MSBN 103469)
                                          Jennifer Ann Curry Calvillo (MSBN 104367)
                                          The Rollins Law Firm, PLLC
                                          P.O. Box 13767
                                          Jackson, MS 39236

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   Anthony Cartrell Calvit, Debtor                    Case No. 24-01138-KMS
                                                             CHAPTER 13

## MOTION TO MODIFY BANKRUPTCY PLAN

COMES NOW, Debtor, by and through counsel, and moves this Court to modify their Chapter 13 plan, and in support thereof, would show the Court as follows:

1. Debtor commenced this case on May 14, 2024 by filing a voluntary petition for relief under Chapter 13 of Title 11 of the United States Bankruptcy Code.

2. Debtor requests that the plan payment be recalculated and reduced to pay only those claims that were timely filed.

3. Debtor wishes for the Trustee to cure any deficiency including ongoing mortgage payments paid through the plan, if one exists, and adjust the wage order as needed.

WHEREFORE, Debtor prays that their Bankruptcy Plan be modified to reflect the above-mentioned changes and for such additional or alternative relief as may be just and proper.

Respectfully submitted

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MS Bar No. 103469)

Of Counsel:
Thomas C. Rollins, Jr.
Jennifer Ann Curry Calvillo
The Rollins Law Firm, PLLC
P.O Box 13767
Jackson, MS 39236
601-500-5533

<u>CERTIFICATE OF SERVICE</u>

  I, Thomas C. Rollins, Jr., do hereby certify that a true and correct copy of the above and foregoing Notice and Motion to Modify Plan was forwarded on April 22, 2025, to:

By Electronic CM/ECF Notice:

  David Rawlings

  U.S. Trustee

            <u>/s/ Thomas C. Rollins, Jr.</u>
            Thomas C. Rollins, Jr.

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE:<br>ANTHONY CARTRELL CALVIT | CASE NO: 24-01138-KMS<br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 13 |

On 4/22/2025, I did cause a copy of the following documents, described below,

Notice and Motion to Modify

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 4/22/2025

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.

The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS  39401
601 500 5533
trollins@therollinsfirm.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE: <br> ANTHONY CARTRELL CALVIT | CASE NO: 24-01138-KMS <br> **CERTIFICATE OF SERVICE** <br> **DECLARATION OF MAILING** <br> Chapter: 13 |

On 4/22/2025, a copy of the following documents, described below,

Notice and Motion to Modify

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 4/22/2025

_____
Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS  39401

```
USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

CASE INFO                                EXCLUDE                                  EXCLUDE
  LABEL MATRIX FOR LOCAL NOTICING        (U)BIGHORN LAW LLC                       (U)D MILLER  ASSOCIATES
NCRS ADDRESS DOWNLOAD
CASE 24-01138-KMS
SOUTHERN DISTRICT OF MISSISSIPPI
TUE APR 22 8-6-37 PST 2025




EXCLUDE
(U)THE KHERKHER LAW FIRM  PLLC           US BANK TRUST NATIONAL ASSOCIATION       US BANK TRUST NATIONAL ASSOCIATION
                                         ROBERTSON ANSCHUTZ SCHNEID CRANE PA      ROBERTSON ANSCHUTZ SCHNEID CRANE
                                         13010 MORRIS ROAD  SUITE 450             13010 MORRIS ROAD  SUITE 450
                                         ALPHARETTA  GA 30004-2001                ALPHARETTA  GA 30004-2001




EXCLUDE
US BANKRUPTCY COURT                      CAPITAL ONE                              FIRST PREMIER BANK
THAD COCHRAN US COURTHOUSE               ATTN BANKRUPTCY                          3820 N LOUISE AVE
501 E COURT STREET                       PO BOX 30285                             SIOUX FALLS  SD 57107-0145
SUITE 2300                               SALT LAKE CITY  UT 84130-0285
JACKSON  MS 39201-5036




(P)HOMETOWNE CAPITAL MANAGEMENT          JEFFERSON CAPITAL                        (P)JEFFERSON CAPITAL SYSTEMS LLC
P O BOX 10275                            ATTN BANKRUPTCY                          PO BOX 7999
JACKSON TN 38308-0104                    200 14TH AVE E                           SAINT CLOUD MN 56302-7999
                                         SARTELL  MN 56377-4500




KENDRA CALVIT                            LVNV FUNDING                             LVNV FUNDING  LLC
PO BOX 1406                              2810 SOUTHAMPTON RD                      RESURGENT CAPITAL SERVICES
WASHINGTON  MS 39190-1406                PHILADELPHIA  PA 19154-1207              PO BOX 10587
                                                                                  GREENVILLE  SC 29603-0587




MS DEPT OF REVENUE                       RUBIN LUBIN                              SELENE FINANCE
BANKRUPTCY SECTION                       3145 AVALON RDIGE PL                     ATTN BANKRUPTCY
PO BOX 22808                             STE 100                                  PO BOX 8619
JACKSON  MS 39225-2808                   NORCROSS  GA 30071-1570                  PHILADELPHIA  PA 19101-8619




                                                                                  EXCLUDE
TRANSFINANCIAL CO                        US BANK TRUST NATIONAL ASSOCIATION  NOT  UNITED STATES TRUSTEE
ATTN BANKRUPTCY                          IN                                       501 EAST COURT STREET
7922 PICARDY AVE                         SELENE FINANCE LP                        SUITE 6-430
BATON ROUGE  LA 70809-3535               3501 OLYMPUS BLVD  SUITE 500             JACKSON  MS 39201-5022
                                         DALLAS  TX 75019-6295




                                                                                  DEBTOR
(P)USCB CORPORATION                      VERIZON WIRELESS                         ANTHONY CARTRELL CALVIT
PO BOX 75                                ATTN BANKRUPTCY                          PO BOX 1406
ARCHBALD PA 18403-0075                   500 TECHNOLOGY DR                        WASHINGTON  MS 39190-1406
                                         STE 599
                                         WELDON SPRINGS  MO 63304-2225




EXCLUDE                                                                           EXCLUDE
(P)DAVID RAWLINGS                        JENNIFER A CURRY CALVILLO                THOMAS CARL ROLLINS JR
ATTN DAVID RAWLINGS CHAPTER 13 TRUSTEE   THE ROLLINS LAW FIRM                     THE ROLLINS LAW FIRM  PLLC
PO BOX 566                               702 W PINE ST                            PO BOX 13767
HATTIESBURG MS 39403-0566                HATTIESBURG  MS 39401-3836               JACKSON  MS 39236-3767
```