Fill in this information to identify the case:

Debtor 1 __Anthony Cartrell Calvit__

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the __SOUTHERN__ District of __MISSISSIPPI__

Case number 24-01138-KMS

Official Form 410S1

# Notice of Mortgage Payment Change                                12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCF 2 ACQUISITION TRUST

**Court claim no.** (if known): 4-2

**Last 4 digits** of any number you use to identify the debtor's account: 5950

**Date of payment change:** 6/1/2025
Must be at least 21 days after date of this notice

**New total payment:** $380.94
Principal, interest, and escrow, if any

## Part 1: Escrow Account Payment Adjustment

1. Will there be a change in the debtor's escrow account payment?

   ☐ No.
   ■ Yes.   Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why:
   _____
   _____

   **Current escrow payment:** $63.65          **New escrow payment:** $64.19

## Part 2: Mortgage Payment Adjustment

2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?

   ■ No
   ☐ Yes.   Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why:
   _____
   _____

   **Current interest rate:** _____          **New interest rate:** _____

   **Current principal and interest payment:** _____   **New principal and interest payment:** _____

## Part 3: Other Payment Change

3. Will there be a change in the debtor's mortgage payment for a reason not listed above?

   ■ No
   ☐ Yes.   Attach a copy of any document describing the basis for the change, such as a repayment plan or loan modification agreement. *(Court approval may be required before the payment change can take effect.)*

   Reason for change: _____

   **Current mortgage payment:** _____          **New mortgage payment:** _____

Debtor 1 <u>Anthony Cartrell Calvit</u>
       Print Name    Middle Name    Last Name

Case number *(if known)* <u>24-01138-KMS</u>

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor

■ I am the creditor's authorized agent.

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

✗ /s/ Francisco Cardona     Date <u>May 7, 2025</u>
Signature

| | | | |
|---|---|---|---|
| Print | <u>Francisco</u>     <u>    </u>     <u>Cardona</u> | Title | <u>Authorized Agent for Creditor</u> |
| | First Name     Middle Name     Last Name | | |
| Company | <u>Robertson, Anschutz, Schneid, Crane & Partners, PLLC</u> | | |
| Address | <u>13010 Morris Road, Suite 450</u> | | |
| | Number     Street | | |
| | <u>Alpharetta</u>     <u>GA</u>     <u>30004</u> | | |
| | City     State     ZIP Code | | |
| Contact Phone | <u>470-321-7112</u> | Email | <u>fcardona@raslg.com</u> |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on  May 7, 2025 , I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

Anthony Cartrell Calvit
P.O. Box 1406
Washington, MS 39190

And via electronic mail to:

Jennifer A Curry Calvillo
The Rollins Law Firm
702 W. Pine St
Hattiesburg, MS 39401

David Rawlings
David Rawlings, Chapter 13 Trustee
P.O. Box 566
Hattiesburg, MS 39403

United States Trustee
501 East Court Street
Suite 6-430
Jackson, MS 39201

By: /s/ Francisco Cardona
       fcardona@raslg.com



P.O. Box 8619
Philadelphia, PA 19101-8619

Telephone: (877) 735-3637
Fax: (866) 926-5496
www.selenefinance.com

Hours of Operation
Monday through Thursday 8:00 am to 9:00 pm, CT; Friday 8:00 am to 5:00 pm, CT

THOMAS CARL ROLLINS JR
The Rollins Law Firm, PLLC
PO BOX 13767
Jackson MS 39236

Re: Account Number:
Mortgagor(s): ANTHONY C CALVIT
KENDRA M CALVIT
Property Address: 261 COUNTRY CLUB
NATCHEZ MS 39120

Our records indicate the above referenced account has been impacted by a bankruptcy filing. If a mortgagor has received a discharge in bankruptcy, Selene fully acknowledges that such mortgagor has no personal liability for the debt and is not attempting to collect the debt from that mortgagor personally. If the account is impacted by an active bankruptcy case, Selene fully acknowledges the automatic stay and is not attempting to collect the debt. THIS NOTICE IS FOR INFORMATIONAL PURPOSES ONLY.

Selene Finance LP is a debt collector attempting to collect a debt and any information obtained will be used for that purpose.
Please note, however, that if you are in bankruptcy or received a bankruptcy discharge of this debt, this communication is not an attempt to collect the debt against you personally.

**For Servicemembers and their Dependents:** The Federal Servicemembers Civil Relief Act and certain state laws provide important protections for you, including, under most circumstances, a prohibition on foreclosure during and twelve months after the servicemember's active duty service. Selene will not foreclose on the property of a servicemember or his or her dependent during that time, except pursuant to a court order. You also may be entitled to other protections under these laws, including interest rate and fee relief. Please contact us to learn more about your rights.

# selene

P.O. Box 8619
Philadelphia, PA 19101-8619

THOMAS CARL ROLLINS JR
The Rollins Law Firm, PLLC
PO BOX 13767
Jackson MS 39236

**ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT - POST-PETITION**



**Online Information:** www.selenefinance.com
**Email:** customerservice@selenefinance.com

**Hours Of Operation:** Monday through Thursday 8:00 am to 9:00 pm, CT; Friday 8:00 am to 5:00 pm, CT
**Phone:** (877) 735-3637
**Hearing Impaired:** Call 711 or (800) 735-2989
**Fax:** (866) 926-5496
**Correspondence:**
P.O. Box 8619
Philadelphia, PA 19101-8619

| | |
|---|---|
| Analysis Date: | 04/21/25 |
| Loan Number: | |
| Borrower Name: | ANTHONY C CALVIT |
| Co-borrower Name: | KENDRA M CALVIT |
| Property Address: | 261 COUNTRY CLUB NATCHEZ MS 39120 |

Each year Selene Finance LP reviews your escrow account to determine your new monthly escrow payment. As you may know, we collect funds and hold them in your escrow account to pay your property taxes, flood insurance (if required), homeowner's insurance premiums and mortgage insurance premiums on your behalf. Below are answers to the most commonly asked questions we receive about the annual escrow analysis and the details related to your account.

### 1. What is the amount of my new monthly payment starting June 01, 2025?

| Payment Items | Previous Payment | New Post-Petition Payment | Difference |
|---|---|---|---|
| Principal and Interest | $316.75 | $316.75 | $0.00 |
| Escrow | $63.65 | $63.86 | $0.21 |
| Surplus-/Shortage+ | $0.00 | $0.33 | $0.33 |
| **Total Payment** | **$380.40** | **$380.94** | **$0.54** |

- **Note:** If you currently use a third party bill pay service to make automatic payments, please update the amount scheduled to reflect the new payment amount listed above. If you are currently set up on automatic payments with Selene Finance LP, this new amount will automatically take effect with your June payment.

### 2. What are the most common reasons that my escrow payment may change from year to year?

**A. Increases or Decreases in Amounts Billed** – The amounts we collect each month to be held in your escrow account may change based on increases or decreases to your property taxes, mortgage insurance premiums, or homeowner's insurance premiums. The information below compares the amounts Selene Finance LP expected to pay for each item this past year from your escrow account to the actual amounts that were paid or will be due. The difference column reflects the increase or decrease for each escrowed item.

| Escrowed Item | Anticipated Amounts Due | Actual Amounts Paid or Due | Difference |
|---|---|---|---|
| COUNTY TAX | $301.65 | $304.41 | $2.76 |
| HOMEOWNERS I | $462.12 | $461.88 | -$0.24 |
| **Total Annual Escrow Payments** | **$763.77** | **$766.29** | **$2.52** |
| **Monthly Escrow Payments** | **$63.65** | **$63.86** | **$0.21** |

**B. Post-Petition Escrow Shortage** – To determine if there will be a shortage or surplus in your escrow account, we subtract the **Minimum Required Starting Balance** from the **Anticipated Post-Petition Escrow Account Balance**. The Minimum Required Starting Balance is from the beginning of the upcoming escrow period, as shown in the Contractual and Post-Petition Account Projections on the following page. The Anticipated Post-Petition Escrow Account Balance is from the end of your current escrow period, as shown in the Escrow Post-Petition History on the following page. Your ending balance from the last month of the account history (**Anticipated Post-Petition Escrow Account Balance**) is $225.16. Your starting balance (**Minimum Required Starting Balance**) according to this analysis should be $229.17. This means you have a shortage of -$4.01.

| Anticipated Post-Petition Escrow Account Balance | | Minimum Required Starting Balance | | Shortage |
|---|---|---|---|---|
| $225.16 | minus | $229.17 | equals | ($4.01) |

---

Loan Number:
Name: THOMAS CARL ROLLINS JR
     The Rollins Law Firm, PLLC

Shortage Amount: $4.01



### ESCROW SHORTAGE SUMMARY

The total shortage has been divided over 12 month(s) and $0.33 will automatically be added to your monthly payment effective June 01, 2025.

If you have questions about this shortage amount, please contact us at (877) 735-3637.

24-01138-KMS Dkt 52 Filed 05/07/25 Entered 05/07/25 06:36:05 Page 6 of 7
THOMAS CARL ROLLINS JR
The Rollins Law Firm, PLLC

Loan Number:
NEW PAYMENT EFFECTIVE DATE: June 01, 2025

## ESCROW ACCOUNT PROJECTIONS AND ACTIVITY HISTORY

Contractual and Post-Petition Account Projections shows a month by month estimate of the activity we anticipate will occur in your escrow account over the next 12 months. This table shows the projected low balance point that is used to calculate an escrow surplus or shortage.

### CONTRACTUAL AND POST-PETITION ACCOUNT PROJECTIONS

| Month | Description | Payments Estimate | Disbursements Estimate | Projected Escrow Balance Contractual | Post-Petition | Balance Required In Escrow |
|---|---|---|---|---|---|---|
| | Beginning Balance | | | $1,211.28 | $225.16 | $229.17 |
| June 25 | HOMEOWNERS I | $63.86 | $38.49 | $1,236.65 | $250.53 | $254.54 |
| July 25 | HOMEOWNERS I | $63.86 | $38.49 | $1,262.02 | $275.90 | $279.91 |
| August 25 | HOMEOWNERS I | $63.86 | $38.49 | $1,287.39 | $301.27 | $305.28 |
| September 25 | HOMEOWNERS I | $63.86 | $38.49 | $1,312.76 | $326.64 | $330.65 |
| October 25 | HOMEOWNERS I | $63.86 | $38.49 | $1,338.13 | $352.01 | $356.02 |
| November 25 | HOMEOWNERS I | $63.86 | $38.49 | $1,363.50 | $377.38 | $381.39 |
| December 25 | HOMEOWNERS I | $63.86 | $38.49 | $1,388.87 | $402.75 | $406.76 |
| January 26 | COUNTY TAX | $63.86 | $304.41 | $1,148.32 | $162.20 | $166.21 |
| January 26 | HOMEOWNERS I | $0.00 | $38.49 | $1,109.83 | $123.71 | $127.72 ** |
| February 26 | HOMEOWNERS I | $63.86 | $38.49 | $1,135.20 | $149.08 | $153.09 |
| March 26 | HOMEOWNERS I | $63.86 | $38.49 | $1,160.57 | $174.45 | $178.46 |
| April 26 | HOMEOWNERS I | $63.86 | $38.49 | $1,185.94 | $199.82 | $203.83 |
| May 26 | HOMEOWNERS I | $63.86 | $38.49 | $1,211.31 | $225.19 | $229.20 |
| Totals | | $766.32 | $766.29 | | | |

** Low Balance used to determine escrow surplus or shortage.

Federal law (RESPA) allows lenders to maintain a two month cushion in an escrow account. A lower cushion may be required under state law. The cushion helps minimize the amount your escrow account could be overdrawn if tax or insurance payments increase.

Contractual Escrow Activity History itemizes your actual escrow account transactions since your previous analysis statement or initial disclosure. Last year's estimates are next to the actual activity. An asterisk (*) indicates a difference between the estimated and actual payments and disbursements. The letter 'E' beside an amount indicates that the payment or disbursement has not yet occurred, but is estimated to occur as shown.

### ESCROW PRE-PROJECTION CONTRACTUAL HISTORY

| Month | Description | Deposits to Escrow | Payments From Escrow |
|---|---|---|---|
| May 24 | HOMEOWNERS I | $0.00 | $38.51 |

### CONTRACTUAL ESCROW ACTIVITY HISTORY

| Month | Description | Payments Estimate | Payments Actual | Disbursements Estimate | Disbursements Actual | Projected Escrow Balance | Actual Escrow Balance |
|---|---|---|---|---|---|---|---|
| | Beginning Balance | | | | | $227.83 | -$4,016.45 |
| June 24 | HOMEOWNERS I | $63.65 | * | $38.51 | $38.51 | $252.97 | -$4,054.96 |
| July 24 | HOMEOWNERS I | $63.65 | * | $38.51 | $38.51 | $278.11 | -$4,093.47 |
| August 24 | HOMEOWNERS I | $63.65 | $279.84 * | $38.51 | $38.51 | $303.25 | -$3,852.14 |
| September 24 | HOMEOWNERS I | $63.65 | * | $38.51 | $38.51 | $328.39 | -$3,890.65 |
| October 24 | HOMEOWNERS I | $63.65 | $108.41 * | $38.51 | $38.51 | $353.53 | -$3,820.75 |
| November 24 | HOMEOWNERS I | $63.65 | $325.23 * | $38.51 | $38.51 | $378.67 | -$3,534.03 |
| December 24 | HOMEOWNERS I | $63.65 | $216.82 * | $38.51 | $38.51 | $403.81 | -$3,355.72 |
| December 24 | COUNTY TAX | | | | $304.41 * | $403.81 | -$3,660.13 |
| January 25 | COUNTY TAX | $63.65 | * | $301.65 | * | $165.81 | -$3,660.13 |
| January 25 | HOMEOWNERS I | | | $38.51 | $38.51 | $127.30 | -$3,698.64 |
| February 25 | HOMEOWNERS I | $63.65 | $325.23 * | $38.51 | $38.51 | $152.44 | -$3,411.92 |
| March 25 | HOMEOWNERS I | $63.65 | $325.23 * | $38.51 | $38.49 * | $177.58 | -$3,125.18 |
| April 25 | HOMEOWNERS I | $63.65 | $4,349.79 E | $38.51 | $38.49 E | $202.72 | $1,186.12 |
| May 25 | HOMEOWNERS I | $63.65 | $63.65 E | $38.51 | $38.49 E | $227.86 | $1,211.28 |
| Totals | | $763.80 | $5,994.20 | $763.77 | $766.47 | | |

### ESCROW POST-PETITION HISTORY

| Month | Est | Description | Deposits to Escrow | Payments From Escrow | Escrow Balance |
|---|---|---|---|---|---|
| May 24 | | HOMEOWNERS I | $0.00 | $38.51 | $227.83 |
| June 24 | | HOMEOWNERS I | $0.00 | $38.51 | $189.32 |
| July 24 | | HOMEOWNERS I | $0.00 | $38.51 | $150.81 |
| August 24 | | HOMEOWNERS I | $63.65 | $38.51 | $175.95 |
| September 24 | | HOMEOWNERS I | $0.00 | $38.51 | $137.44 |
| October 24 | | HOMEOWNERS I | $63.65 | $38.51 | $162.58 |
| November 24 | | HOMEOWNERS I | $63.65 | $38.51 | $187.72 |
| December 24 | | COUNTY TAX | $63.65 | $304.41 | -$53.04 |
| December 24 | | HOMEOWNERS I | $0.00 | $38.51 | -$91.55 |
| January 25 | | HOMEOWNERS I | $127.30 | $38.51 | -$2.76 |
| February 25 | | HOMEOWNERS I | $63.65 | $38.51 | $22.38 |
| March 25 | | HOMEOWNERS I | $190.95 | $38.49 | $174.84 |

THOMAS CARL ROLLINS JR
The Rollins Law Firm, PLLC

Loan Number: ▇▇▇▇
NEW PAYMENT EFFECTIVE DATE: June 01, 2025

### ESCROW POST-PETITION HISTORY

| Month | Est | Description | Deposits to Escrow | Payments From Escrow | Escrow Balance |
|---|---|---|---|---|---|
| April 25 | E | HOMEOWNERS I | $63.65 | $38.49 | $200.00 |
| May 25 | E | HOMEOWNERS I | $63.65 | $38.49 | $225.16 |

### ESCROW PRE-PETITION HISTORY

| Month | Deposits to Escrow | Escrow Balance |
|---|---|---|
| August 24 | $186.56 | -$4,057.72 |
| October 24 | $108.41 | -$3,949.31 |
| November 24 | $216.82 | -$3,732.49 |
| December 24 | $108.41 | -$3,624.08 |

If you have questions about your escrow analysis statement please contact our Customer Service Department at (877) 735-3637.

If you have an active bankruptcy or have received a bankruptcy discharge, we are sending this for informational, legal, or compliance purposes only. We are not trying to collect against you personally. If you have questions about this communication or your obligation to pay, please contact your attorney.