OFFICE OF THE STANDING TRUSTEE
IN PROCEEDINGS UNDER CHAPTER 13 OF THE
UNITED STATES BANKRUPTCY CODE

DAVID RAWLINGS, TRUSTEE
P.O. BOX 566
HATTIESBURG, MS  39403
TELEPHONE (601) 582-5011

DATE:  May 29, 2025

ANTHONY CARTRELL CALVIT
P.O. Box 1406
Washington, MS  39190

RE:    NEW PLAN PAYMENT:  $1,264.07
       Case No.  24-01138 KMS

**REASON FOR DECREASE:  PLAN MODIFIED TO REDUCE PLAN PAYMENTS AND ADJUST OUT ANY ARREARS.**

Dear Debtor:

   Your Chapter 13 Plan payment has been decreased to the above stated sum.

   If you are paying direct, then your next monthly Plan payment after the date of this letter will be the above sum and your Chapter 13 Plan will pay out within the time that you originally proposed. If you are on a Wage Order, a new Wage Order will be sent to your employer and the new amount of your Plan payment will be withheld from your wages. Hopefully, this decrease in your Plan payment will aid you in staying current in the future.

   A copy of this letter is being forwarded to your attorney.

OFFICE OF THE STANDING TRUSTEE

/s/  DAVID RAWLINGS, TRUSTEE

COUNSEL FOR DEBTOR:

   THOMAS C. ROLLINS, JR
   P O Box 13767
   Jackson, MS  39236